| | |
|---|---|
| 1 | **COUNTRYMAN & McDANIEL** |
| | MICHAEL S. McDANIEL [State Bar No. 66774] |
| 2 | McD@cargolaw.com |
| | CHRISTOPH M. WAHNER [State Bar No. 240349] |
| 3 | cmw@cargolaw.com |
| | LAX Airport Center, Ninth Floor |
| 4 | 5959 West Century Boulevard |
| | Los Angeles, California 90045 |
| 5 | Telephone: (310) 342-6500 | Facsimile: (310) 342-6505 |
| 6 | Attorneys for The Los Angeles Salad Company, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE LOS ANGELES SALAD COMPANY, INC., | ) | CASE NO. 2:15-cv-09178-BRO-AJW |
| | ) | ORDER ON |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT** |
| vs. | ) | **(DISMISSAL OF ENTIRE ACTION)** |
| COASTAL PACIFIC EXPRESS INC.; CANADIAN BASE TRANSPORT LTD; and DOES 1-10, inclusive, | ) | [Fed. R. Civ. P. 41(a)(1)(ii)] |
| | ) | Honorable Beverly Reid O'Connell |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff The Los Angeles Salad Company, Inc.("Plaintiff") and named defendants Coastal Pacific Express, Inc. and Canadian Base Transport Ltd., by and through their respective undersigned attorneys of record, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Plaintiff's complaint in the above captioned litigation be and now is dismissed, <u>with prejudice</u>, each party to bear its own respective costs and attorneys' fees.

///
///
///
///

Dated: 10 February 2016　　　Respectfully submitted,

**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL
CHRISTOPH M. WAHNER

By: ___/s/ Christoph M. Wahner___
Christoph M. Wahner
*Attorneys for Plaintiff*,
The Los Angeles Salad Company, Inc.

Dated: 10 February 2016　　　Respectfully submitted,

**SELMAN BREITMAN LLP**
BRADFORD G. HUGHES
ANGELA N. SILVESTRI

By: ___/s/ Bradford G. Hughes___
Bradford G. Hughes
*Attorneys for Defendants*,
Coastal Pacific Express, Inc. and
Canadian Base Transport Ltd.

**IT IS SO ORDERED.**

**DATED:** February 11, 2016

_____
**UNITED STATES DISTRICT JUDGE**